**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Cascades Computer Innovation, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Motorola Mobility Holdings, Inc. and Samsung Electronics Co. Ltd., <br><br> Defendants. | Civil Action 1-11-cv-4574 <br><br> The Hon. Robert W. Gettleman |
| Cascades Computer Innovation, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC Corporation and LG Electronics, Inc., <br><br> Defendants. | Civil Action 1-11-cv-6236 <br><br> The Hon. Ronald A. Guzman |
| Cascades Computer Innovation, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Sony Ericsson Mobile Communications (USA) Inc., <br><br> Defendant. | Civil Action 1-11-cv-7223 <br><br> The Hon. John W. Darrah |
| Cascades Computer Innovation, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Pantech Wireless, Inc., <br><br> Defendant. | Civil Action 1-11-cv-7249 <br><br> The Hon. Elaine E. Bucklo |
| Cascades Computer Innovation, LLC, | |

-2-

| | |
|---|---|
| Plaintiff, | Civil Action 1-11-cv-7252 |
| v. | The Hon. Matthew F. Kennelly |
| Sharp Electronics Corporation, | |
| Defendant. | |
| Cascades Computer Innovation, LLC, | |
| Plaintiff, | Civil Action 1-11-cv-7264 |
| v. | The Hon. Matthew F. Kennelly |
| Dell Inc., | |
| Defendant. | |

**JOINT PROPOSED CLAIM CONSTRUCTION SCHEDULE**

Plaintiff Cascades Computer Innovation, LLC ("Plaintiff"), and Defendants Dell, Inc. Motorola Mobility Holdings, Inc., Samsung Electronics Co. Ltd., Sharp Electronics Corporation, Pantech Wireless, Inc., Sony Ericsson Mobile Communications (USA) Inc., and HTC Corporation ("Defendants") jointly provide this proposed Claim Construction Schedule pursuant to the Court's Order of July 5, 2013 (D.I. 103). The Parties are in agreement on all dates, and seek the Court's guidance on whether a Technology Tutorial is desired. The Parties believe that a Technology Tutorial would be helpful given the technology of the patent-in-suit.

Proposed Claim Construction Schedule

| | |
|---|---:|
| Exchange of Proposed Claim Terms to be Construed along with Proposed Constructions (LPR 4.1) | 7/30/2013 |
| Exchange of Proposed Constructions for all terms Identified by the Parties (LPR 4.1) | 8/6/2013 |
| Meet and confer to select 10 terms to be presented to Court for construction (LPR 4.1b) | 8/13/2013 |
| Opening Claim Construction Brief by party opposing infringement and Joint Appendix (LPR 4.2a) | 9/10/2013 |
| Responsive Claim Construction Brief by party claiming infringement (LPR 4.2c) | 10/8/2013 (28 days after filing of opening briefs) |
| Reply Claim Construction Brief by party opposing infringement (LPR 4.2c-d) | 10/22/2013 (14 days after filing of responsive briefs) |
| Joint Claim Construction Chart and Status Report (LPR 4.2f) | 10/29/2013 (7 days after filing of reply briefs) |
| Technology Tutorial | To be Set by the Court |
| Parties to Exchange all exhibits, including demonstrative exhibits, to be used at the claim construction hearing (LPR 4.3) | 3 days prior to the Claim Construction Hearing |
| Claim Construction Hearing (LPR 4.3) | To be Set by the Court |

Dated: July 12, 2013      Respectfully submitted,

By:    */s/* Ashley E. LaValley
Raymond P. Niro (rniro@nshn.com)
Arthur A. Gasey (gasey@nshn.com)
Paul C. Gibbons (gibbons@nshn.com)
Christopher W. Niro (cniro@nshn.com)
Ashley E. LaValley (alavalley@nshn.com)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax: (312) 236-3137

*Attorneys for Cascades Computer Innovation, LLC*

By:   /s/   Anthony D. Pesce

Kimball R. Anderson
Anthony D. Pesce
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
kanderson@winston.com
apesce@winston.com

*Attorneys for Defendant Dell Inc.*

By:    /s/ Brandon Brown

Marc H. Cohen
KIRKLAND & ELLIS LLP
3330 Hillview Avenue
Palo Alto, CA 94304
marc.cohen@kirkland.com
(650) 859-7000

Brandon Brown
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
brandon.brown@kirkland.com
(415) 439-1670

*Attorneys for Defendant Samsung Electronics Co., Ltd.*

By:    /s/  Imron T. Aly

Jonathan E. Retsky
Imron T. Aly
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
jretsky@winston.com
ialy@winston.com

*Attorneys for Defendant Motorola Mobility Holdings Inc.*

By:     /s/ Wayne M. Hedge

        Wayne M. Helge
        H.C. PARK & ASSOCIATES, PLC
        1894 Preston White Drive
        Reston, VA 20191
        Telephone: (703) 288-5105
        Facsimile: (703) 288-5105
        whelge@park-law.com

        William T. McGrath
        Kevin A. Thompson
        DAVIS MCGRATH LLC
        125 S. Wacker Drive, Suite 1700
        Chicago, IL 60606
        Ph. 312-332-3033
        wmcgrath@davismcgrath.com
        cschneider@davismcgrath.com

        *Attorneys for Defendant Pantech*
        *Wireless, Inc.*


By:     /s/ Steve J. Reynolds

        Richard de Bodo (*pro hac vice*)
        richard.debodo@dlapiper.com
        Andrew Devkar (*pro hac vice*)
        andrew.devkar@dlapiper.com
        Patrick Park
        patrick.park@dlapiper.com
        DLA PIPER LLP (US)
        2000 Avenue of the Stars, Suite 400
        Los Angeles, CA 90067-6023
        Tel: 310.595.3000
        Fax: 310.595.3300

        Steven J. Reynolds (IL 6293634)
        DLA PIPER LLP (US)
        203 North LaSalle Street, Suite 1900
        Chicago, Illinois 60601
        Tel: 312.368.3467
        Fax: 312.630.6352
        steven.reynolds@dlapiper.com

        *Attorneys for Defendant*
        *Sharp Electronics Corp.*

By: /s/ Ryan R. Smith
James C. Yoon (lead attorney)
California State Bar No. 177155
*jyoon@wsgr.com*
Ryan R. Smith *(pro hac vice)*
*rsmith@wsgr.com*
**Wilson Sonsini Goodrich & Rosati**
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: 650-493-9300
Facsimile: 650-493-6811

Steven P. Mandell (ARDC #6183729)
Steven L. Baron (ARDC #6200868)
**Mandell Menkes LLC**
One North Franklin, Suite 3600
Chicago, IL 60606
Telephone: 312-251-1000
Facsimile: 312-251-1010

*Attorneys for Defendant,*
*HTC Corporation*

By: /s/ James Mahon
Jonathan E. Retsky
Imron T. Aly
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
jretsky@winston.com
ialy@winston.com

James Mahon
ANDREWS KURTH LLP
4819 Emperor Blvd., Suite 400
Durham, NC 27703
Phone: 919-313-4831
JamesMahon@AndrewsKurth.com

*Attorneys for Defendant Sony Mobile*
*Communications (USA) Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 12, 2013 the foregoing:

**JOINT PROPOSED CLAIM CONSTRUCTION SCHEDULE**

was filed electronically with the Clerk of the Court for the Northern District of Illinois using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed and served on all counsel as specified below:

| | |
|---|---|
| Kevin A. Thompson<br>William T. McGrath<br>DAVIS MCGRATH LLC<br>125 South Wacker Drive, Suite 1700<br>Chicago, IL 60606<br>cschneider@davismcgrath.com<br>wmcgrath@davismcgrath.com<br><br>Wayne M. Helge<br>H.C. PARK & ASSOCIATES, PLC<br>1894 Preston White Drive<br>Reston, VA 20191<br>Whelge@Park-law.com<br><br>*Attorneys for PANTECH WIRELESS, INC.*<br><br>*Served via Email Transmission* | Kimball R. Anderson<br>Anthony D. Pesce<br>Kathleen B. Barry<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>kanderson@winston.com<br>apesce@winston.com<br>kbarry@winston.com<br><br>*Attorneys for DELL INC*<br><br>*Served via CM/ECF Notification* |
| Jonathan E. Retsky<br>Imron T. Aly<br>Kathleen B. Barry<br>Garet K. Galster<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>jretsky@winston.com<br>ialy@winston.com<br>kbarry@winston.com<br>ggalster@winston.com<br><br>*Attorneys for MOTOROLA MOBILITY, LLC*<br><br>*Served via Email Transmission*<br><br>David Rokach | Ariana M. Chung-Han<br>WILSON SONSINI GOODRICH & ROSATI<br>One Market Street, Spear Tower, Suite 3300<br>San Francisco, CA 92057<br>achung@wsgr.com<br><br>James C. Yoon<br>Ryan R. Smith<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>jyoon@wsgr.com<br>rsmith@wsgr.com<br><br>Steven P. Mandell<br>Steven L. Baron<br>Elizabeth A.F. Morris |

| | |
|---|---|
| Michael D. Karson<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>drokach@kirkland.com<br>mkarson@kirkland.com<br><br>Christian Chadd Taylor<br>Brandon H. Brown<br>KIRKLAND & ELLIS LLP<br>555 California Street, 27th Floor<br>San Francisco, CA 94104<br>christian.taylor@kirkland.com<br>brandon.brown@kirkland.com<br><br><br>Raghav Krishnapriyan<br>Marc H. Cohen<br>KIRKLAND & ELLIS LLP<br>3330 Hillview Avenue<br>Palo Alto, CA 94305<br>Raghav.krishnapriyan@kirkland.com<br>marc.cohen@kirkland.com<br><br>*Attorneys for SAMSUNG ELECTRONICS CO., LTD.*<br><br>*Served via Email Transmission* | MANDELL MENKES LLC<br>One North Franklin, Suite 3600<br>Chicago, IL 60606<br>smandell@mandellmenkes.com<br>sbaron@mandellmenkes.com<br>emorris@mandellmenkes.com<br><br>*Attorneys for HTC CORPORATION*<br><br>*Served via Email Transmission* |
| Steven J. Reynolds<br>Jennifer E. Lacroix<br>DLA PIPER US LLP<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>steven.reynolds@dlapiper.com<br>jennifer.lacroix@dlapiper.com<br><br>Patrick S Park<br>DLA PIPER US LLP<br>2000 Avenue of the Stars, Suite 400 North Tower<br>Los Angeles, CA 90067<br>patrick.park@dlapiper.com<br><br>Richard de Bodo<br>Andrew Devkar<br>BINGHAM MCCUTCHEN LLP | Jonathan E. Retsky<br>Imron T. Aly<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>jretsky@winston.com<br>ialy@winston.com<br><br>Frederick S. Frei<br>ANDREWS KURTH LLP<br>1350 I Street, NW, Suite 1100<br>Washington, DC 20005<br>FrederickFrei@AndrewsKurth.com<br><br>James V. Mahon<br>ANDREWS KURTH LLP<br>4819 Emperor Blvd., Suite 400<br>Durham, NC 27703 |

| | |
|---|---|
| 1601 Cloverfield Boulevard, Suite 2050 North Santa Monica, A 90404-4082<br>richard.debodo@dlapiper.com<br>andrew.devkar@bingham.com<br>***Attorneys for SHARP ELECTRONICS CORP.***<br><br>***Served via Email Transmission*** | JamesMahon@AndrewsKurth.com<br><br>***Attorneys for SONY-ERICSSON MOBILE COMMUNICATIONS (USA) INC.***<br><br>***Served via Email Transmission*** |

/s/     *Ashley E. LaValley*
Attorneys for CASCADES COMPUTER INNOVATION, LLC